

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00096-CR

Ricky **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR5992
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After we granted the State's motion for extensions of time to file the brief, the State's brief was due on October 28, 2020. To date, the State has not filed its brief or another motion for extension of time to file its brief.

If the State wishes to file a brief in this appeal, we ORDER the State's attorney to file within TEN DAYS of the date of this order (1) the State's brief, and (2) a reasonable explanation for failing to timely file the brief. *See* TEX. R. APP. P. 38.6(d).

If this court does not receive an adequate response from the State within ten days, this appeal will be set for submission without a State's brief.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



Michael A. Cruz,
Clerk of Court